# FILED UNDER SEAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEALED PLAINTIFF | : |
| | : **FILED UNDER SEAL** |
| v. | : Civil Action No. 5:19cv1618 |
| | : |
| SEALED DEFENDANT | : |

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JAMIE ANN YAVELBERG
Director, Civil Division, Fraud Section

COLIN M. HUNTLEY
Deputy Director, Civil Division,
Fraud Section

NICHOLAS C. PERROS (DCBN 988100)
Senior Trial Counsel, Civil Division
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-2629
Nicholas.C.Perros@usdoj.gov

DAVID METCALF
United States Attorney

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

CHARLENE KELLER FULLMER
Assistant United States Attorney
Deputy Chief, Civil Division

ERIN E. LINDGREN
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: 215-861-8564
Erin.Lindgren@usdoj.gov

Dated: November 13, 2025

**FILED UNDER SEAL**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATES OF ARKANSAS, *et al.*; *ex rel.*, JOHN J. MARIEN and MICHAEL P. McGEE, :<br><br>Plaintiffs,<br><br>v.<br><br>AESCULAP, INC.; AESCULAP IMPLANT SYSTEMS, LLC; and B. BRAUN MELSUNGEN AG,<br><br>Defendants. | **FILED UNDER SEAL**<br>Civil Action No. 5:19cv1618 |

## ORDER

AND NOW, this _____ day of November, 2025, this Court having received the United States' Notice of Partial Intervention for Purposes of Settlement, it is ORDERED that all documents in this case **shall remain under seal**, other than those specifically set forth below.

1.   Only the following documents shall be unsealed:

     a.  The United States' Notice of Partial Intervention for Settlement Purposes;

     b.  Relators' Complaint;

     c.  this Order; and

     d.  all documents filed after the filing of the United States' Notice of Partial Intervention.

2.   All other papers or Orders on file in this matter as of the date of this Order shall remain under seal.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>THE STATES OF ARKANSAS, *et al.*; *ex rel.*,<br>JOHN J. MARIEN and MICHAEL P. McGEE,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>AESCULAP, INC.; AESCULAP IMPLANT<br>SYSTEMS, LLC; and B. BRAUN MELSUNGEN<br>AG,<br><br>　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    **FILED UNDER SEAL**<br>Civil Action No.  5:19cv1618 |

## THE UNITED STATES' NOTICE OF PARTIAL INTERVENTION FOR PURPOSES OF SETTLEMENT

1. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its partial intervention for settlement purposes against defendants Aesculap, Inc., Aesculap Implant Systems, LLC, and B. Braun Melsungen, AG ("Defendants") as to allegations that Defendants violated the False Claims Act, 31 U.S.C. § 3729 *et seq.*

2. The United States, Defendant Aesculap Implant Systems, LLC, and Relators have executed a Settlement Agreement that provides for a release of certain defined covered conduct, a payment by Defendant to the United States, and the dismissal of this action pursuant to the terms and conditions of the Settlement Agreement.

3. The Settlement Agreement provides that the United States and Relators shall promptly sign and file a notice of dismissal, pursuant to Federal Rule of Civil Procedure 4l(a)(l), after the United States and Relators receive the required

payments from the Defendant as provided for by the terms of the Settlement Agreement.

4. Upon filing of this Notice of Partial Intervention, only the following documents should be unsealed:

    a. The United States' Notice of Partial Intervention;

    b. Relators' Complaint; and

    c. all documents filed after the filing of the United States' Notice of Partial Intervention.

5. All other papers or Orders on file in this matter should remain under seal.

Dated:  November 13, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DAVID METCALF
United States Attorney

/s/ Gregory B. David/ckf
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

JAMIE ANN YAVELBERG
Director, Civil Division, Fraud Section

COLIN M. HUNTLEY
Deputy Director, Civil Division,
Fraud Section

CHARLENE KELLER FULLMER
Assistant United States Attorney
Deputy Chief, Civil Division

NICHOLAS C. PERROS
(DCBN 988100)
Senior Trial Counsel, Civil Division
175 N Street, NE
Washington, DC 20002
Tel: (202) 616-2629
Fax: (202) 616-3085
Nicholas.C.Perros@usdoj.gov

/s/ Erin E. Lindgren
ERIN E. LINDGREN
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: 215-861-8564
Erin.Lindgren@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that on this date I caused a copy of the foregoing Notice of Intervention for Purposes of Settlement to be filed with the Court's electronic filing system, which will automatically send notice to counsel for Relator. I also certify that I served a copy of this Notice on counsel for Defendants by electronic mail.

                                       */s/ Erin Lindgren*
                                       Assistant United States Attorney
                                       Civil Division