IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA and :
THE STATES OF ARKANSAS, *et al.*; *ex rel.*, :
JOHN J. MARIEN and MICHAEL P. McGEE, :
: Civil Action No. 5:19-cv-1618
Plaintiffs, :
v. :
:
AESCULAP, INC.; AESCULAP IMPLANT :
SYSTEMS, LLC; and B. BRAUN MELSUNGEN :
AG, :
:
Defendants. :
_____

## ORDER

AND NOW, this 14th day of November, 2025, this Court having received the United States' Notice of Partial Intervention for Purposes of Settlement, ECF No. 35; and upon consideration of the United States' *Ex Parte* Motion to Seal Specified Documents, ECF No. 26; it is hereby **ORDERED** that:

1. The Clerk of Court is directed to **SEAL** the following individual docket entries:

   a. **ECF Nos. 2 through 34.**

2. With the exception of the numbered docket entries mentioned in paragraph (1) above, the Clerk of Court is then directed to **UNSEAL** the above-captioned matter.[1]

---

[1] For clarification, once the above tasks have been completed, the docket for this matter should appear as follows:

    i.    The Complaint, ECF No. 1, should be unsealed.
    ii.   Docket entries ECF Nos. 2-34 should be sealed.
    iii.  The United States' Notice of Partial Intervention for Settlement Purposes, ECF No. 35, should be unsealed.
    iv.  This Order should be unsealed.
    v.   All other docket entries filed after November 13, 2025 should be unsealed.

3.      The Government's *Ex Parte* Motion, ECF No. 26, is **DENIED** as moot.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
*United States District Judge*